## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JEFFREY MITCHUM, and TODD GUSTAVSON, | ) ) ) | |
| Plaintiff | ) ) | Case No. 15 C 3317 |
| v. | ) ) | Magistrate Judge Rowland |
| BARNES AUTOMOTIVE AND TRUCK SERVICE, INC. | ) ) ) | |
| Defendant | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff and Defendant Barnes Automotive and Truck Service, Inc., having reached a settlement in this matter, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this lawsuit without prejudice, and with leave for Plaintiff to reinstate, with such dismissal to automatically convert to with prejudice on July 11, 2016.

Dated: March 21, 2016

Respectfully submitted,

s/ Ryan L. Young
Ryan L. Young
Wessels Sherman Joerg Liszka Laverty Seneczko P.C
140 S. Dearborn Street, suite 404
Chicago, Illinois 60603
(312) 629-9300

s/Alvar Ayala
Alvar Ayala
Workers' Law Office PC
53 W Jackson Blvd., Suite 701
Chicago, Illinois 60604
(312) 372-2714